THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MILTON SMITH, Also Known as MARIO, Defendant. FRONTIER INSURANCE COMPANY, Respondent. [671 NYS2d 382] —Order unanimously affirmed without costs. Memorandum: County Court properly vacated the order directing forfeiture of the bail bond. Bail was forfeited upon defendant's recorded nonappearance at the scheduled trial date (*see*, CPL 540.10 [1]), not upon entry of the order (*see, People v Schonfeld*, 74 NY2d 324, 330; *People v Bennett*, 136 NY 482, 487, *rearg denied* 137 NY 601; *People v Midland Ins. Co.*, 97 Misc 2d 341, 343). The District Attorney's failure to proceed against the surety within 60 days of the forfeiture (*see*, CPL 540.10 [2]) precludes the People's recovery on the bail bond (*see, People v Schonfeld, supra*, at 326; *Matter of International Fid. Ins. Co. [Petti] v People*, 240 AD2d 494, *lv denied* 90 NY2d 808; *Matter of International Fid. Ins. Co. [Bailey] v People*, 208 AD2d 838, 840). (Appeal from Order of Oneida County Court, Donalty, J.—Bail Forfeiture.) Present—Denman, P. J.; Green, Pigott, Jr., Callahan and Fallon, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT C. BLIES, Appellant. [671 NYS2d 386] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of attempted grand larceny in the third degree (Penal Law §§ 110.00, 155.35), criminal mischief in the third degree (Penal Law § 145.05) and possession of burglar's tools (Penal Law § 140.35). We reject the argument of defendant that his warrantless arrest was without probable cause (*see, People v Hollman*, 79 NY2d 181, 190-192). The verdict is supported by legally sufficient evidence and is not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). We have examined the remaining issue raised by defendant and conclude that it is lacking in merit. (Appeal from Judgment of Erie County Court, Rogowski, J.—Attempted Grand Larceny, 3rd Degree.) Present—Denman, P. J., Green, Pigott, Jr., Callahan and Fallon, JJ.